UNITED STATES DISTRICT COURT

Middle District of North Carolina

JACK D. WINSTEAD,  )
        Plaintiff,  )
           )  #1:04CV973
v.  )
           )
JO ANNE B. BARNHART,  )
Commissioner of Social Security,  )
        Defendant.  )

## J-U-D-G-M-E-N-T

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action be, and the same hereby is, dismissed with prejudice.

*/s/ James A. Beaty*
UNITED STATES DISTRICT JUDGE

DATE: December 2, 2005